**W. L. Murdock Brokerage Company, appellant, v. James R. Baker & Company, appellee. Gen. No. 28,339.**

Suit for breach of contract for sale of canned salmon. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Thomas J. Peden, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Affirmed. Opinion filed April 30, 1924.

Phares Coleman and Barthell, Fitts & Rundall, for appellant. Tenney, Harding & Sherman, for appellee; Harry A. Parkin and Charles F. Harding, Jr., of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**Israel Gelder, appellee, v. H. Piehl Transfer Company, appellant. Gen. No. 28,380.**

Personal injury suit arising out of negligent management of automobile whereby plaintiff was knocked down. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. F. J. Stransky, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Affirmed. Opinion filed April 30, 1924.

Miller, Gorham, Wales & Noxon, for appellant. Irving G. Zazove, for appellee; Morris K. Levinson, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**William D. Murdock and Watson M. Murdock, trading as William D. Murdock & Company, appellants, v. Edwin B. Mayer, appellee. Gen. No. 28,392.**

Action for real estate commission. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Reversed and cause remanded. Opinion filed April 30, 1924.

Frank B. Dyche and John S. Stevens, for appellants. Mergentheim, Altheimer & Mayer, for appellee; Morton A. Mergentheim, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**Jan Penkala, appellee, v. Jan Tomczyk, appellant. Gen. No. 28,401.**

Forcible detainer suit. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Affirmed. Opinion filed April 30, 1924.

Lester E. Williams and Charles P. R. Macaulay, for appellant. Ewart Harris, for appellee.

Mr. Justice Thomson delivered the opinion of the court.